DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LARAINE A. CALWAY,**
Appellant,

v.

**VICTORIA WOODS HOMEOWNER'S ASSOCIATION, INC.,**
Appellee.

No. 4D21-49

[July 13, 2022]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Glenn D. Kelley, Judge; L.T. Case No. 50-2016-CA-004345-XXXX-MB.

Laraine A. Calway, West Palm Beach, pro se.

Patrick Dervishi of Shir Law Group, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed. See Applegate v. Barnett Bank of Tallahassee*, 377 So. 2d 1150 (Fla. 1979).

WARNER, GROSS and KUNTZ, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***

1